**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARREN SMITH**, | : | **CIVIL ACTION NO. 1:25-CV-1236** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN OF FCI-SCHUYLKILL**, | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 29th day of September, 2025, upon consideration of the

petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2.    The Clerk of Court is directed to CLOSE this case.


/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania